

October 4, 2019

**ALFONSO KENNARD, JR.**
MANAGING SHAREHOLDER
DIRECT: 713.742.0906
ALFONSO.KENNARD@KENNARDLAW.COM

**Filed Electronically**
United States District Court
Southern District, Houston Division
Attn: Magistrate Judge Frances H. Stacey
7th Floor, Courtroom 704
515 Rusk Street
Houston, Tx 77002






**RE: Civil Action No. 19-1651 Kara Bucci v. M.D. Anderson Physicians Network**

Dear Judge Stacey:

    Please accept this letter as a request for Mr. Daniel Salas to appear telephonically for the Order Setting Conference scheduled for October 8th, 2019 at 10:00 am. Mr. Salas is located in San Antonio and is unable to travel due to a scheduling concern . Both parties have agreed. Thank you in advance for your consideration.

Very truly yours,



_____
By:  Alfonso Kennard, Jr.

AK/mt